```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              ) CASE NO: 11-44209-659  Chapter 13
     ANN KATHLEEN BIRTLEY           )
                                    ) Trustee's Objection to Confirmation
                                    )
                                    ) Original confirmation hearing
                         Debtor(s)  ) set for Jun 09, 2011 11:00 AM

**AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Attorney Fee Election form has not been filed.
2. Debtor lacks sufficient income to fund the plan.
3. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   A. PLAN AND SCHEDULE D FAIL TO ADDRESS VANTAGE MORTGAGE.
   B. SCHEDULE D DOES NOT PROVIDE PURCHASE DATE FOR AUTO LOAN WITH VANTAGE, SO IT IS UNCLEAR THAT THE DEBT RECEIVES APPROPRIATE TREATMENT IN PLAN.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

```
                                     /s/ John V. LaBarge, Jr.
KLW-351                              --------------------------------
                                     John V LaBarge Jr
Copy served on the following either  Chapter 13 Trustee
through the Court's ECF system or by P.O. Box 430908
ordinary mail on July 1, 2011      : St. Louis, MO 63143   (314) 781-8100
                                        trust33@ch13stl.com   Fax:(314) 781-8881

MARGARET A FARRELL
13610 BARRETT OFFICE DR #203
C/O FARRELL LAW FIRM
MANCHESTER MO  63021

ANN KATHLEEN BIRTLEY
417 BELVEDERE LANE
SAINT LOUIS MO  63122
```